659

PER CURIAM.

(No. 75-CC-1122—)

PARKLAND COLLEGE, Claimant, *vs.* STATE OF ILLINOIS, BOARD OF VOCATIONAL EDUCATION AND REHABILITATION, Respondent.

*Opinion filed June 16, 1975.*

PARKLAND COLLEGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C. J.

(No. 75-CC-1157—)

FISHER SCIENTIFIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF AGRICULTURE, Respondent.

*Opinion filed June 16, 1975.*

FISHER SCIENTIFIC COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.